BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00028 AWI-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BERNABE HERNANDEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, October 15, 2013, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the matter to January 13, 2014, in order to resolve issues relating to the forfeiture of the subject property. At the last status conference, the parties requested a similar continuance. However, the attorney for the multiple uncharged parties who have an interest in the subject property indicated to Forfeiture AUSA Heather Jones that he is not sure who he represents and indicated he would get back to her. That attorney has not gotten back to AUSA Jones. When counsel for the defendant was so advised, he agreed to

1

continue this matter to reach a global resolution of this matter and to exclude time between October 15, 2013, and January 13, 2014.  Plaintiff concurs with this request.  Should the parties reach a resolution before January 13, the parties will move to advance the hearing date for a change of plea.

    3.       The parties agree and stipulate, and request that the Court find the following:

        a.       Counsel for defendant desires additional time to review and sign a revised plea agreement and discuss a global resolution with his client.

        b.       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c.       The government does not object to the continuance.

        d.       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2013, to January 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

2

IT IS SO STIPULATED.

DATED: October 7, 2013 Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 7, 2013

/s/ Joseph Peter Smith
JOSEPH PETER SMITH
Counsel for Defendant

# O R D E R

The Status Conference on Monday, October 15, 2013, at 1:00 p.m. is continued to January 13, 2014 at 1:00 P.M. before Judge McAuliffe. Excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2013, to January 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **October 8, 2013**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

3