BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00028 AWI-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BERNABE HERNANDEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, February 10, 2014, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the matter to March 10, 2014, in order to resolve outstanding issues relating to the forfeiture of the subject property involving discussions between Forfeiture AUSA Heather Jones and the attorney for a myriad of third parties who have an interest in the subject property. The defendant further agrees to exclude time between February 10, 2014, and March 10, 2014, in order to reach a global plea resolution. Plaintiff concurs with this request.

1

3. The parties agree and stipulate, and request that the Court find the following:

  a. Counsel for defendant desires additional time to review and sign a revised plea agreement in order to effectuate a global resolution.

  b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c. The government does not object to the continuance.

  d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2014, to February 10, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   February 6, 2014     Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Karen A. Escobar_____
                              KAREN A. ESCOBAR
                              Assistant United States Attorney

2

1  DATED:      February 6, 2014
2
3                                             /s/ Joseph Peter Smith
                                              JOSEPH PETER SMITH
                                              Counsel for Defendant
4
5
                                  **O R D E R**
6
7     IT IS SO ORDERED THAT the 6th Status Conference is continued from February 10, 2014
8  to March 10, 2014 at 1:00 PM before Judge McAuliffe.   Time is excludable pursuant to 18 U.S.C.§
9  3161(h)(7)(A), B(iv).
10 Dated**:   February 6, 2014**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

3