BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>             v.<br><br>BERNABE HERNANDEZ,<br><br>                         Defendant. | CASE NO.  1:13-CR-00028-AWI-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between United States of America and defendant Bernabe Hernandez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 21 U.S.C. §§ 853, 881(a) and 881(a)(6), defendant Bernabe Hernandez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a.      Real property located at 1043 North Wheeler Ridge Road, Arvin, California and 955 north Wheeler Ridge Road, Arvin, California, both addresses of which are encompassed within APN: 445-120-02; Kern County, including all improvements and appurtenances thereto, or payment of $175,000.00 to the United States, and full payment of all outstanding property taxes, as sub res in lieu of the real property located at 1043 North Wheeler Ridge Road, Arvin, California and 955 north Wheeler Ridge Road, Arvin, California, both addresses of which are encompassed within

1           APN: 445-120-02; Kern County, including all improvements and appurtenances
2               thereto; and
3         b.   Approximately $3,179.00 in U.S. Currency.
4     2.    The above-listed assets is property constituting, or derived from, any proceeds the person obtained, directly or indirectly, was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).
5     3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.
6     4.    a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

     b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §§ 853, 881(a) and 881(a)(6), in which all interests will be addressed.

6.    The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of

///
///
///

1  property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal
2  Procedure.

3
4  IT IS SO ORDERED.

5  Dated:   April 7, 2014                    _____
                                              SENIOR DISTRICT JUDGE