BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00028 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| BERNABE HERNANDEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, June 9, 2014, at 10:00 a.m.

2. By this stipulation, the parties move to continue the sentencing to Monday, June 23, 2014, to ensure availability and continuity of counsel. The government's attorney has annual leave scheduled for June 9 and counsel for the defense is not available until June 23.

IT IS SO STIPULATED.

////

////

1

1  DATED:        May 22, 2014         Respectfully submitted,

2                                     BENJAMIN B. WAGNER
                                      United States Attorney
3

4                                     /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
5                                     Assistant United States Attorney

6  DATED:        May 22, 2014

7
                                      /s/ Joseph Peter Smith
8                                     JOSEPH PETER SMITH
                                      Counsel for Defendant
9

10
                            **O R D E R**
11

12  IT IS SO ORDERED.

13  Dated:   May 22, 2014            _____

14                                     SENIOR  DISTRICT  JUDGE

2