BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
HEATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BERNABE HERNANDEZ,<br><br>                              Defendant. | CASE NO.  1:13-CR-00028-AWI-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on April 7, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. §§ 853, 881(a) and 881(a)(6), based upon the plea agreement entered into between plaintiff and defendant Bernabe Hernandez, forfeiting to the United States the following property:

    a.  A sub res in the amount of $175,000.00[1] in lieu of the real property located at 1043 North Wheeler Ridge Road, Arvin, California and 955 North Wheeler Ridge Road, Arvin, California, both addresses of which are encompassed within APN: 445-120-02; Kern County, including all improvements and appurtenances thereto, and full payment of all outstanding property taxes, and

    b.  Approximately $3,179.00 in U.S. Currency.

///

---

[1]/   On July 15, 2014, the United States received a cashier's check in the total amount of $175,000.00 which represents the substitute res.  A Notice of Withdrawal of Lis Pendens has been served on the parties and sent for recording on July 17, 2014.

AND WHEREAS, beginning on April 12, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, defendant Bernabe Hernandez executed a Waiver, Consent, and Stipulation to the forfeiture of his right, title, and interest of the above-listed assets subject to the terms set forth in this Final Order of Forfeiture.  In addition, potential claimants Bernabe Hernandez, on behalf of minor children Sandra Hernandez and Jorge Hernandez Mora, Maria de Lourdes Mora de Hernandez, wife of defendant Bernabe Hernandez, individually and on behalf of minor children Sandra Hernandez and Jorge Hernandez Mora, Christian Hernandez, Nicholas Hernandez, Bernardo Hernandez, Rocio Ibet Hernandez, and Clemente Hernandez Figueroa have executed the same Waiver, Consent, and Stipulation;

AND WHEREAS, pursuant to the Application for Preliminary Order of Forfeiture, the substitute res was to be received by the United States on or before July 15, 2014.  The Court has been advised that the substitute res has been paid.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. §§ 853, 881(a), 881(a)(6), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Bernabe Hernandez, potential claimants Bernabe Hernandez, on behalf of minor children Sandra Hernandez and Jorge Hernandez Mora, Maria de Lourdes Mora de Hernandez, wife of defendant Bernabe Hernandez, individually and on behalf of minor children Sandra Hernandez and Jorge Hernandez Mora, Christian Hernandez, Nicholas Hernandez, Bernardo Hernandez, Rocio Ibet Hernandez, and Clemente Hernandez Figueroa:

a.    A sub res in the amount of $175,000.00 in lieu of the real property located at 1043

North Wheeler Ridge Road, Arvin, California and 955 North Wheeler Ridge Road, Arvin, California, both addresses of which are encompassed within APN: 445-120-02; Kern County, including all improvements and appurtenances thereto, and full payment of all outstanding property taxes, and

    b.   Approximately $3,179.00 in U.S. Currency.

2.     The real property located at 1043 North Wheeler Ridge Road, Arvin, California and 955 North Wheeler Ridge Road, Arvin, California, both addresses of which are encompassed within APN: 445-120-02; Kern County, including all improvements and appurtenances thereto, is no longer subject to forfeiture as a result of the timely payment of the substitute res.

3.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4.     The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  __July 18, 2014__         _____

                                       SENIOR  DISTRICT  JUDGE